Voices, Incorporated, respondent,

v.

Metal Tone Manufacturing Company, Incorporated, et al., appellants.

[Decided October 2d, 1936.]

*Messrs. Gross & Gross,* for the respondent.

*Messrs. Milberg & Milberg,* for the appellants.

Per Curiam.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported in *119 N. J. Eq. 324.*

*For affirmance*—The Chief-Justice, Lloyd, Case, Bodine, Heher, Perskie, Hetfield, Dear, Wells, Wolfskeil, Rafferty, JJ. 11.

*For reversal*—None.